FILED - WESTERN DIVISION
SEP 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DAVID F. GREENE, III,

    Petitioner,

  v.

JOHN DOVEY,

    Respondent.

No. EDCV 08-0099-GHK (AGR)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 9/21/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE